1  MARK FERRARIO
   Nevada Bar No. 1625
2  JASON HICKS
   Nevada Bar No. 13149
3  **GREENBERG TRAURIG, LLP**
4  10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89135
5  Telephone:   (702) 792-3773
   Facsimile:   (702) 792-9002
6  Email:       Ferrariom@gtlaw.com
                Jason.Hicks@gtlaw.com
7

8  *Attorneys for Get Fresh Sales, Inc.*

9           **IN THE UNITED STATES DISTRICT COURT**

10               **FOR DISTRICT OF NEVADA**

11  In re: FRESH MIX, LLC,                    | Case No. 2:23-cv-1715-RFB
12                                            | BANKRUPTCY CASE NO.: 20-12051-GS
                        Debtor.               | CHAPTER 7
13
14  LENARD E. SCHWARTZER, TRUSTEE,            | **STIPULATION AND [PROPOSED]**
                                              | **ORDER FOR DISMISSAL**
15                      Plaintiff,
16        v.
17  PISANELLI BICE, PLLC; GET FRESH SALES,
    INC.,
18
                        Defendants.
19
20  GET FRESH SALES, INC.,
21                      Appellant,
22        v.
23  LENARD E. SCHWARTZER, CH. 7 TRUSTEE;
    PAUL LAGUDI; WILLIAM TODD PONDER;
24  PISANELLI BICE, PLLC; COHEN DOWD
    QUIGLEY P.C.; BRUCE A. LESLIE, CHTD.;
25  BRUCE A. LESLIE,
26                      Appellees.
27
28

                        Page **1** of **3**

ACTIVE 693014508v1

1    **IT IS HEREBY STIPULATED** between Appellant/Defendant Get Fresh Sales, Inc., and

2   Appellees and/or Plaintiff, as the case may be, Lenard E. Schwartzer, Chapter 7 Trustee; Paul

3   Lagudi; William Todd Ponder; Pisanelli Bice, PLLC; Cohen Dowd Quigley P.C.; Bruce A. Leslie,

4   CHTD.; and Bruce A. Leslie, by and through their respective counsel of record, that this matter be

5   DISMISSED WITH PREJUDICE, with each party to bear his or its own fees and costs.

6

7   DATE: FEBRUARY 14, 2024                     DATE: FEBRUARY 14, 2024

8   **GREENBERG TRAURIG, LLP**                  **FOX, IMES & CROSBY LLC**

9   By:  */s/ Jason Hicks*                      By:  */s/ Jason Imes*
         JASON HICKS, ESQ.                           JAMES E. GREENE
         Nevada Bar No. 13149                        Nevada Bar No. 2647
10                                                    JASON IMES, ESQ.
         *Attorneys for Get Fresh Sales, Inc.*        Nevada Bar No. 7030
11
                                                      *Attorneys for Chapter 7 Trustee*
12                                                    *Lenard Schwartzer*

13

14  DATE: FEBRUARY 14, 2024                     DATE: FEBRUARY 14, 2024

15  **HOLLEY DRIGGS LTD.**                      **GREENE INFUSO, LLP**

16  By:  */s/ Thomas Edwards*                   By:  */s/ Michael Infuso*
         THOMAS EDWARDS, ESQ.                        MICHAEL INFUSO, ESQ.
17       Nevada Bar No. 9549                         Nevada Bar No. 7388

18       *Attorneys for Paul Lagudi and*             *Attorneys for Pisanelli Bice PLLC*
19       *William Todd Ponder*

20  / / /
21  / / /

22

23

24

25

26

27

28

ACTIVE 693014508v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATE: FEBRUARY 14, 2024

**ANDERSEN & BEEDE**

By: */s/ Ryan Andersen*
    RYAN ANDERSEN, ESQ.
    Nevada Bar No. 12321

    *Attorneys for Cohen Dowd Quigley*
    *PC*

DATE: FEBRUARY 14, 2024

**OLSON CANNON GORMELY & STOBERSKI**

By: */s/ Felicia Galati*
    FELICIA GALATI, ESQ.
    Nevada Bar No. 7341

    *Attorneys for Bruce A. Leslie and*
    *Bruce A Leslie CHTD*

## ORDER

    Based on the stipulation of counsel, and good cause appearing, this case is hereby DISMISSED WITH PREJUDICE; each party to bear his or its own fees and costs.

    **DATED**: February 16, 2024.

_____
UNITED STATES DISTRICT JUDGE

ACTIVE 693014508v1